KAY CLARKE, Landlord, Appellant, *v.* LUCKY ROBERTS, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, March 28, 1946.

*John T. Doles* for appellant.

No appearance for respondent.

MEMORANDUM *Per Curiam.* On the facts alleged in the petition, the landlord is entitled to maintain this proceeding under section 1412 of the Civil Practice Act without serving notice upon the tenant.

The final order should be reversed, and motion denied, with $10 costs.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Order reversed, etc.